DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LONGINO ROMAN CRUZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2752

[July 3, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Ira Suskauer, Judge; L.T. Case No. 502018CF003349A.

Valentin Rodriguez, Jr., of Valentin Rodriguez, P.A., West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***